JAMES REYNOLDS, RESPONDENT, v. PASSAIC VALLEY SEWERAGE COMMISSIONERS, APPELLANT.

Submitted February 11, 1944—Decided March 23, 1944.

· For the respondent, *George W. Wolin.*

For the appellant, *Edwin Joseph O'Brien.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.